UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIRA A. PITTMAN,

                      Plaintiff,

      -against-

UNITED STATES GOVERNMENT,

                      Defendant.

24-CV-1127 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff, who is proceeding *pro se*, brings this action against the United States Government alleging that she has been subjected to "harassment, stalking and defamation of character . . . ." (ECF 1 at 2.) By order dated February 16, 2024, the Court directed Plaintiff, within 30 days, to sign the signature page of the complaint and resubmit it. That order specified that failure to comply would result in dismissal of the complaint. On March 29, 2024, the Court dismissed the action without prejudice to Plaintiff's refiling the suit. *See* Fed. R. Civ. P. 11(a).

        The Court thereafter received from Plaintiff the signature page of her *in forma pauperis* application. (ECF 7.) This submission is not responsive to the Court's order directing Plaintiff to sign the complaint, and therefore does not provide a basis for reopening this action. Moreover, the dismissal of this action without prejudice does not prevent Plaintiff from refiling her suit.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 4, 2024
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge